IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERRYESSA FOR ALL, | No. C 07-259 SI |
| Plaintiff, | **ORDER RE: MOTIONS SCHEDULED FOR OCTOBER 12, 2007** |
| v. | |
| U.S. BUREAU OF RECLAMATION, *et al.*, | |
| Defendants. | |

Plaintiff's motion for preliminary injunction and defendant's motion for judgment on the pleadings are scheduled for a hearing on October 12, 2007. The Court directs the parties to file no later than 3:00 p.m. on October 11, 2007, a statement regarding whether R-Ranch at the Lake is a member of or affiliated with plaintiff Berryessa for All.

**IT IS SO ORDERED.**

Dated: October 9, 2007

SUSAN ILLSTON
United States District Judge