RONALD J. TENPAS
  Acting Assistant Attorney General
  Environment and Natural Resources Division
  United States Department of Justice
DAVID B. GLAZER (D.C. 400966; MD)
  Natural Resources Section
  Environment and Natural Resources Division
  United States Department of Justice
  301 Howard Street, Suite 1050
  San Francisco, California 94105
  Telephone: (415) 744-6491
  Facsimile: (415) 744-6476
  E-mail: david.glazer@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERRYESSA FOR ALL, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES BUREAU OF RECLAMATION, *et al.*, <br><br> Defendants | No. C-07-0259-SI <br><br> STIPULATION GOVERNING PROCEDURES FOR HARDSHIP CASES AND PARTIAL SETTLEMENT RE: MITIGATION CLAIMS <br><br> Date: N/A <br><br> Time: N/A <br><br> <u>Hon. Susan Illston</u> |

Plaintiff Berryessa for All ("Plaintiff" or "BFA") and defendants U.S. Bureau of Reclamation, *et al*. ("Defendants" or "Reclamation") have agreed upon the following procedures to be followed in addressing hardship cases relating to potential removal of long-term uses at certain resorts operated at Lake Berryessa.

Currently, certain owners of trailer or mobile homes ("Permittees") have occupied space at seven resorts (the "Resorts") operated by concessionaires (the "Concessionaires"). It is Reclamation's position that, on or before the expiration of the concession contracts, the Permittees will need to remove their property from the Resorts. Plaintiff has challenged the basis for that position under the National Environmental Policy Act, 42 U.S.C. § 4321–4370f ("NEPA").

The Parties believe it is in the best interest of all to enter into this "Stipulation and Partial Settlement" in order to address those situations that may pose hardship for certain Permittees. Accordingly, the Parties have agreed to the following procedures:

1. By October 5, 2007, Reclamation will send to BFA a letter or other correspondence that sets out the criteria under which Reclamation will evaluate potential hardship cases.

2. BFA will disseminate that letter or correspondence to its membership and others. By October 19, 2007, any persons believing they may qualify under these hardship criteria ("Applicants") shall contact Reclamation as provided in Reclamation's instructions.

3. By October 5, 2007, Reclamation will also send letters out to those individuals Reclamation has previously identified as potential hardship cases, informing them of the criteria under which they may apply for consideration.

4. Reclamation will send out individual letters to each Applicant, in addition to those receiving letters pursuant to Paragraph 3, except for any persons who clearly do not qualify under Reclamation's criteria. Those letters will request specific information supporting the Applicant's request for consideration. Within 30 days of receiving such a letter, each Applicant shall provide the information requested by Reclamation. Receipt shall be presumed to have occurred within 3 days of mailing each letter to each Applicant's address on record at Lake

Berryessa.

5. Within 30 days of receiving a response from each Applicant, Reclamation shall make a determination as to whether the Applicant qualifies for consideration under the hardship criteria; *provided however*, that if unanticipated circumstances prevent Reclamation from responding to an Applicant, Reclamation will make personal contact with the Applicant to discuss the Applicant's situation.

6. As to any Applicant whose situation Reclamation has determined presents a hardship case, Reclamation will, within 7 days of making that determination, contact the Concessionaire at whose Resort the Applicant occupies space and direct the Concessionaire to remove the outstanding eviction notice.

7. The Parties acknowledge that Reclamation has already sent out the correspondence referred to in Paragraphs 1 and 3, above.

8. Reclamation intends to address those situations that Reclamation determines satisfy the hardship criteria prior to the expiration of the applicable concession contract(s).

9. In consideration of the foregoing, Plaintiff agrees that, as long as these procedures are followed, Plaintiff will not argue in this litigation (including the October 12, 2007 motions hearing) that Reclamation has not properly addressed hardship cases. In this context "hardship cases" refers to the circumstances of certain Permittees who may suffer financial, physical, or other difficulties as a result of their departure from the resorts as required by the Visitor Services Plan Record of Decision.

/ / /
/ / /

|   |   |
|---|---|
| 1 | 10. Nothing in this Stipulation provides plaintiff or any other person with an indepen- |
| 2 | dent right of review of the actions taken or not taken by Reclamation under this Stipulation, nor |
| 3 | does it afford any such person a right of action against the United States. |

SO STIPULATED:

FOR PLAINTIFF

Dated: _____

/s/MATTHEW A. SIROKA
FRANK A. IWAMA
MATTHEW A. SIROKA
The Iwama Law Firm
67 Wessex Way
San Carlos, California  94070

FOR THE DEFENDANTS

Dated: _____

/s/DAVID B. GLAZER
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105

Upon consideration of the pleadings in this case, and for good cause shown, the Stipulation and Partial Settlement set forth above is APPROVED.

Dated: _____

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

*Berryessa for All v. U.S. Bureau of Reclamation*, No. C-07-0259-SI
Stipulation Governing Procedures for Hardship Cases and Partial Settlement of Mitigation Claims         3

## ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrences in this filing for the signatures indicated by a "conformed" signature ("/s/") within this e-filed document.

Dated: October 11, 2007

/s/DAVID B. GLAZER
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6491
Facsimile: (415) 744-6476
E-mail: david.glazer@usdoj.gov