FRANK A. IWAMA (CSB No. 45377)
MATTHEW A. SIROKA (CSB No. 233050)
IWAMA LAW FIRM
67 Wessex Way
San Carlos, California 94070-1740
Telephone: (650) 591-6200
Facsimile: (415) 522-1506

Attorneys for Plaintiff
BERRYESSA FOR ALL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERRYESSA FOR ALL, )
            ) C 07-0259-SI
     Plaintiff, )
            ) [proposed] ORDER GRANTING PLAINTIFF'S
  vs. )  MOTION FOR LEAVE TO FILE SUPPLEMENTAL
            ) BRIEFING
            )
UNITED STATES BUREAU OF )
RECLAMATION, et al., )
            )
     Defendants. )
            )

  Good cause appearing, Plaintiff's motion for leave to file supplemental briefing is granted. Plaintiff is to file a supplemental brief of no more than __5__ pages no later than __10/19/07__. Defendants may submit a reply brief of no more than __5__ pages no later than __10/23/07__.

  IT IS SO ORDERED.

DATED:

                /s/ Susan Illston
                _____
                SUSAN ILLSTON
                UNITED STATES DISTRICT JUDGE