FRANK A. IWAMA (CSB No. 45377)
MATTHEW A. SIROKA (CSB No. 233050)
IWAMA LAW FIRM
67 Wessex Way
San Carlos, ca 94070-1740
Telephone: (650) 591-6200
E-Mail: frankiwama@gmail.com

Attorneys for Plaintiff
BERRYESSA FOR ALL


MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6491
Facsimile: (415) 744-6476
E-mail: david.glazer@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERRYESSA FOR ALL, ) | |
| ) | C 07-0259-SI |
| Plaintiff, ) | |
| ) | JOINT REQUEST TO CONTINUE CASE |
| vs. ) | MANAGEMENT CONFERENCE |
| ) | |
| ) | |
| UNITED STATES BUREAU OF ) | DATE: April 7, 2008 |
| RECLAMATION, et al., ) | TIME: 2:00 p.m. |
| ) | COURT: Hon. Susan Illston, Courtroom 10 |
| Defendants. ) | |

Plaintiff Berryessa For All by and through counsel, and federal defendants by and through counsel jointly request the Court continue the Case Management Conference currently scheduled for Monday April 7, 2008.

The parties filed cross Motions for Summary Judgment and the matter is currently set for hearing

1

on the motions this Friday April 4, 2008. As these motions are likely dispositive of the matter, the parties request, in the interest of efficiency, to postpone the case management conference until the Court has ruled on the pending motions. Accordingly, there would be no need to file a case management conference statement at this point, as would otherwise be required by Civil Local Rule 16-10.

Thus the parties request the case management conference be taken off calendar until such time as the Court rules on the pending motions.

DATED: April 1, 2008

Respectfully submitted,

\_\_\_\_\_/s/_____          _____/s/_____
David B. Glazer                    Frank A. Iwama
Attorney for the United States     Attorney for Plaintiff

In accordance with the above stipulation, it is hereby ORDERED that the Case Management Conference, currently set for April 7, 2008, is taken off calendar, to be rescheduled as needed following the Court's ruling on the pending motions.

Dated: _____         _____
                                    HON. SUSAN ILLSTON
                                    UNITED STATES DISTRICT JUDGE

The case management conference has been continued to Friday, July 11, 2008 at 2 p.m. A joint statement shall be filed one week prior to the conference.