**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERRYESSA FOR ALL, | No. C 07-0259 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES BUREAU OF RECLAMATION, *et al.*, | |
| Defendants.       / | |

Defendant's motion for summary judgment is granted and plaintiff's motion for summary judgment is denied. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: July10, 2008

SUSAN ILLSTON
United States District Judge